**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ARAMARK SERVICES, INC. f/k/a | § | |
| ARAMARK CORPORATION; ARAMARK | § | |
| SERVICES, INC. GROUP HEALTH PLAN; | § | |
| ARAMARK UNIFORM SERVICES | § | |
| GROUP HEALTH AND WELFARE PLAN; | § | |
| and ARAMARK BENEFITS | § | |
| COMPLIANCE REVIEW COMMITTEE, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00446-JRG |
| | § | |
| AETNA LIFE INSURANCE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Defendant Aetna Life Insurance Company's ("Defendant" or "Aetna") Motion to Stay Proceedings Pending Arbitration ("the Motion").  (Dkt. No. 47.)  In the Motion, Defendants seek a stay of this litigation pending resolution of the interlocutory appeal taken under 9 U.S.C. § 16(a)(1)(A).  (*Id.* at 1-2.)  Plaintiffs Aramark Services, Inc. f/k/a Aramark Corporation, Aramark Services, Inc. Group Health Plan, Aramark Uniform Services Group Health and Welfare Plan, and Aramark Benefits Compliance Review Committee (collectively, "Plaintiffs" or "Aramark") have withdrawn their Opposition to the Motion.  (Dkt. No. 49.)  Accordingly, the Motion is unopposed.  (*Id.*)

On April 26, 2024, the Court issued an Order denying Defendants' Motion to Stay Pending Arbitration.  (Dkt. No. 43.)  Section 16(a)(1)(A) of the Federal Arbitration Act ("FAA") gives parties the right to file an immediate appeal of an order refusing a stay of any action under section 3 of the FAA.  The Court understands that a district court "must stay its proceedings while the

interlocutory appeal on the question of arbitrability is ongoing." *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023).

Accordingly, the Court finds that the Motion to Stay (Dkt. No. 47) should be and hereby is **GRANTED**. The parties are **ORDERED** to file a Joint Notice herein within ten (10) days of the issuance of any dispositive decisions emanating from the appeal.

## So Ordered this

**Aug 26, 2024**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE