# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 20, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40323   Aramark Services v. Aetna Life Ins  
                  USDC No. 2:23-CV-446

The court has taken the following action in this case:

The motion of Sarah Harris to withdraw as counsel is GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Angelique B. Tardie, Deputy Clerk  
504-310-7715

Ms. Libby Baird  
Mr. Gregory Harris Berman  
Mr. Jon Corey  
Ms. Sarah M. Harris  
Mr. David Watson Hughes  
Mr. Peter J. Kocoras  
Mr. Charles McCloud  
Mr. Noah Christopher McCullough  
Mr. Michael H. McGinley  
Mr. David O'Toole  
Mr. David Schiefelbein  
Mr. John Bruce Shely  
Mr. Hal M. Shimkoski  
Ms. Melissa Richards Smith  
Mrs. Mary Katherine Strahan  
Mrs. Jennifer Leigh Truelove  
Mr. Ikenna Ugboaja