United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 23, 2026
Lyle W. Cayce
Clerk

No. 24-40323

ARAMARK SERVICES, INCORPORATED GROUP HEALTH PLAN; ARAMARK SERVICES INCORPORATED, *formerly known as* ARAMARK *Corporation*; ARAMARK UNIFORM SERVICES, GROUP HEALTH and WELFARE PLAN; ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE,

*Plaintiffs—Appellees,*

versus

AETNA LIFE INSURANCE COMPANY,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:23-CV-446

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK

United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT